IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JACKSON; THE PEOPLE OF 1920 SOCIAL SECURITY ACT OF CONGRESS; ALL SOCIAL SECURITY RECIPIENTS,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY; KIASER INTERNATIONAL PHARMACEUTICALS; MEDICARE; SOCIAL SECURITY INSURANCE PROGRAM<br><br>    Defendants. | No. C 06-00842 WHA<br><br>**ORDER DISMISSING ACTION** |

On February 13, 2006, plaintiffs' complaint was dismissed for lack of subject-matter jurisdiction. Plaintiffs were given until March 27, 2006, to file an amended complaint. They were warned that, if no amended complaint was filed by that date, the action would be dismissed with prejudice. They did not file an amended complaint. The action therefore is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: March 28, 2006

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE